**SUPERIOR COURT**
OF THE
**STATE OF DELAWARE**

VIVIAN L. MEDINILLA
JUDGE

LEONARD L. WILLIAMS JUSTICE CENTER
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
TELEPHONE (302) 255-0626

July 22, 2022

Usir Cush El, Sui Juris, In Propria Persona
95 Vandever Avenue
Wilmington, DE 19802

Re: *State v. Terrell Dixon Id No 2008010114*

Mr. Usir Cush El, Sui Juris, In Propria Persona:

The Court is in receipt of your Moorish American Consular Court documents, including the "Affidavit of Fact – Notice of Default", "Affidavit of Fact – Writ of Discovery," which cites to purported excerpts of an oral argument from the U.S. Supreme Court decision of Dred Scott v. Sanford, an "Averment of Jurisdiction – Quo Warranto", which references the "Five Points of Light—Love, Truth, Peace, Freedom, and Justice," and an "Affidavit of Fact—Withdraw of Consent to Contract under Libels [2008010114]," that appears to "rescind all autographs and terminate the said quasi contract" and that you were not within "the jurisdiction of the State of Delaware for which it is a corporation...recorded to the libels to affirm evidence of this truth. See Attachment 1." No attachment was provided.

Your submission is **SO NOTED**. No further action will be taken by this Court.

Vivian L. Medinilla
Judge

oc: Prothonotary
cc: Brian J. Robertson, Esquire
Investigative Services